# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA BATES, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-01283-MCE-AC<br><br>*Assigned to the Hon. Morrison C. England Jr.*<br><br>**ORDER** |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorneys' fees.  The clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  August 13, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE